**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| Jamel Alexandrette,          ) | |
|                            Petitioner,  ) | C/A No.: 2:12-cv-3304 DCN |
|                vs.          ) | |
|                                  ) | **ORDER** |
| Joseph McFadden, Warden, ) | |
|                        Respondent.  ) | |

This matter is before the court pursuant to petitioner's Motion to Alter Judgment. This motion was filed on April 22, 2014. As stated in its April 9, 2014 Amended Order affirming the Magistrate Judge's Report and Recommendation, the court reviewed and considered petitioner's objections to the Report and Recommendation. The order granting the Motion for Summary Judgment was not based on the timeliness of the objections, but rather the arguments set forth by the parties and the recommendation of the Magistrate Judge. It is therefore

**ORDERED**, that the petitioner's Motion to Alter Judgment is **DENIED.**

**AND IT IS SO ORDERED**.

                                                        David C. Norton
                                                        United States District Judge

April 23, 2014
Charleston, South Carolina